# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    CASE NO. 4:97cr44-RH

JOHANN ROSHE WOLMARANS,

    Defendant.

_____/

## ORDER DENYING CORAM NOBIS PETITION

This case is before the court on the magistrate judge's report and recommendation (document 131). No objections have been filed, but the defendant has submitted a letter seeking the magistrate judge's disqualification. A separate order treated the letter as a motion to disqualify the magistrate judge and denied the motion. In order to give the defendant the benefit of every doubt, I also treat the letter as an objection to the report and recommendation, and I have considered *de novo* the issues raised in the letter, at least to the extent they are comprehensible. The defendant plainly is entitled to no relief. Upon consideration,

    IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The motion for writ of error coram nobis (document 130) is DENIED with prejudice. The clerk must close the file.

SO ORDERED on October 6, 2009.

s/Robert L. Hinkle
United States District Judge
