# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                            CASE NO. 4:97cr44-RH/WCS

JOHANN ROSHE WOLMARANS,

     Defendant.

_____/

## ORDER DENYING THE MOTION FOR A WRIT OF ERROR CORAM NOBIS AND DENYING LEAVE TO PROCEED IN FORMA PAUPERIS

This case is before the court on the magistrate judge's report and recommendation (document 147). No objections have been filed. I conclude that the defendant is not entitled to relief, and I find that any appeal will not be taken in good faith. Accordingly,

IT IS ORDERED:

1. The report and recommendation is ACCEPTED and adopted as the court's opinion.

2. The motion for a writ of error coram nobis (document 146) is DENIED.

3. The clerk must enter judgment stating, "The motion for a writ of error coram nobis (document 146) is denied with prejudice."

4. The motion for leave to proceed in forma pauperis (document 145) is DENIED. Leave to proceed in forma pauperis is denied for on any past appeal or for any appeal that may be filed from the judgment that will be entered based on this order.

SO ORDERED on May 3, 2010.

s/Robert L. Hinkle<br>United States District Judge